Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:    bkfilings@s-mlaw.com

*Attorneys for Shelley D. Krohn, Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-16-15388-MKN |
| SUPERIOR LINEN, LLC, | Chapter 7 |
| Debtor | Adversary No. 18-01096-MKN |
| SHELLEY D. KROHN, CHAPTER 7 TRUSTEE, | |
| Plaintiff, | **AMENDED COMPLAINT FOR AVOIDANCE OF PREFERENCE PAYMENTS** |
| v. | |
| ECOLAB INC., aka ECOLAB TEXTILE CARE, | |
| Defendant. | |

Shelley D. Krohn, Trustee (the "Trustee"), the Chapter 7 trustee in the above-captioned case, by and through her counsel, Schwartzer & McPherson Law Firm, hereby files this Amended Complaint For Avoidance Of Preference Payments and alleges and avers as follows:

## PARTIES

1.    Plaintiff Shelley D. Krohn ("Plaintiff") is the Chapter 7 Trustee of the bankruptcy estate of Superior Linen, LLC (the "Debtor").

2.    Upon information and belief, Defendant Ecolab Inc., aka Ecolab Textile Care ("Defendant") is and was at all times relevant herein, a corporation incorporated in the State of Delaware.

///

## JURISDICTION AND VENUE

3. The Court has jurisdiction over this complaint pursuant to 28 U.S.C. § 1334 and 157 and 11 U.S.C. §§ 547 and 550.

4. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(F).

5. Venue is proper pursuant to 28 U.S.C. § 1409.

## GENERAL ALLEGATIONS

6. Superior Linen, LLC made the following transfers to Defendant:

| Check Amount | Check No. | Date Issued | Date Honored |
|---|---|---|---|
| $30,897.43 | 34655 | June 7, 2016 | July 18, 2016 |
| $5,097.41 | 34778 | July 14, 2016 | July 26, 2016 |
| $32,343.88 | 34848 | August 8, 2016 | August 22, 2016 |
| $33,610.22 | 35112 | September 26, 2016 | September 30, 2016 |

(collectively, the "Transfers"). True and correct copies of the Transfers are attached hereto as Exhibit 1.

7. On September 30, 2018, the Debtor filed for relief under Chapter 7 of the Bankruptcy Code.

## FIRST CLAIM FOR RELIEF
## (11 U.S.C. § 547)

8. The Plaintiff repeats and realleges each and every allegation contained in the preceding paragraphs and incorporates the same as if fully set forth herein.

9. The Transfers were an interest of the Debtor in property.

10. The Transfers were made to or for the benefit of a creditor, the Defendant.

11. The Transfers were made for or on account of an antecedent debt owed by the Debtor before the Transfers were made.

12. The Transfers were made while the Debtor was insolvent.

13. The Transfers were made within ninety days of the Petition Date.

14. The Transfers enabled the Defendant to receive more than it would have received if

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

the Transfers had not been made and the Defendant had received payment of such debt to the extent provided by the provisions of this title.

15. The Plaintiff is entitled to a money judgment against the Defendant in the amount of the Transfers, or avoidance of the Transfers, in accordance with 11 U.S.C. §§ 547 and 550.

## SECOND CLAIM FOR RELIEF
### (11 U.S.C. § 550)

16. The Plaintiff repeats and realleges each and every allegation contained in the preceding paragraphs and incorporates the same as if fully set forth herein.

17. Plaintiff is entitled to a judgment and order requiring and compelling Defendant to return to the Plaintiff the Transfers.

WHEREFORE, the Plaintiff prays for judgment against the Defendant as follows:

1. For an order avoiding the Transfers;
2. For an award of damages in the monetary sum of the Transfers;
3. For attorney's fees and costs of suit where appropriate;
4. For interest under 28 U.S.C. § 1961(a) from the initial date of demand; and
5. For all other relief the Court deems just and proper.

DATED: September 28, 2018.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, NV 89146
*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

page

# EXHIBIT 1



Date:07/18/16 Seq #:73010081 Account:612087106 Serial #:34655 Amount:$30,897.43 Dep Seq #:-



Date:07/26/16 Seq #:73005478 Account:612087106 Serial #:34778 Amount:$5,097.41 Dep Seq #:-



Date:08/22/16 Seq #:73013353 Account:612087106 Serial #:34848 Amount:$32,343.88 Dep Seq #:-



Date:09/30/16 Seq #:73035475 Account:612087106 Serial #:35112 Amount:$33,610.22 Dep Seq #:-